Case 1:19-cr-00086-REB   Document 1   Filed 02/21/19   USDC Colorado   Page 1 of 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  DAMIEN LEWIS**,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about July 28, 2017, in the State and District of Colorado, the defendant, DAMIEN LEWIS, and others known and unknown to the grand jury, did without authority enter and attempt to enter and remain in a business premises and property of a person registered with the Drug Enforcement Administration under Title 21, United States Code, Section 822, to wit, Hometown Pharmacy & Medical located in Trinidad, Colorado, with the intent to steal any material and compound containing any quantity of a controlled substance, to wit, hydrocodone, and the replacement cost of the hydrocodone was $500 and more, and did knowingly and intentionally aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Section 2118(b) and Title 18, United States Code, Section 2.

**FORFEITURE ALLEGATION**

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation alleged in Count 1 of the Indictment involving the commission of a violation of Title 18, United States Code, Section 2118(b), the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds the defendant obtained directly or indirectly as a result of the such offense, including, but not limited to, a money judgment in the amount of proceeds obtained by the commission of the offense in Count 1 of the Indictment for which the defendant and others known and unknown to the grand jury are jointly and severally liable.

3. If the property described above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or

    e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

                A TRUE BILL

                <u>Ink signature on file in Clerk's Office</u>
                FOREPERSON

JASON R. DUNN
United States Attorney

*s/Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Jason.St.Julien@usdoj.gov
Attorney for the United States