DEFENDANT:  DAMIEN LEWIS

AGE/YOB:  31/1987

ADDRESS:  COLORADO SPRINGS, COLORADO

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

OFFENSE:   COUNT 1:   PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(b);

LOCATION OF OFFENSE
(County and State):   LAS ANIMAS COUNTY, COLORADO

PENALTY:   COUNT 1:   NMT 20 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH.  NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE.

AGENT/DEPUTY:   CHRISTOPHER MACE, FBI TASK FORCE OFFICER

AUTHORIZED BY:   JASON ST. JULIEN, ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

__X__ five days or less   _____ over five days

THE GOVERNMENT

__X__ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention [is / **is not**] applicable to this defendant.