IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIEN LEWIS

    Defendant.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

1. The Defendant, DAMIEN LEWIS, YOB: 1987, DOC Number 146115 is now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826.

2. A hearing in the above-captioned case will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of his case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to **the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law enforcement officer**, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place

or institution where the Defendant is confined, and requiring said federal law enforcement officer to produce the Defendant before a United States District Court Judge for the Defendant's initial appearance and to hold her at all times in custody as an agent of the United States of America until final disposition of the Defendant's case, and immediately thereafter to return the Defendant to the institution where she is now confined.

Respectfully submitted this 2nd day of April, 2019

        JASON R. DUNN
        United States Attorney

By: *s/ Jason St. Julien*
     Jason St. Julien
     Assistant United States Attorney
     U.S. Attorney's Office
     1801 California Street, Suite 1600
     Denver, CO. 80202
     Telephone: (303) 454-0100
     Fax: (303) 454-0405
     e-mail: Jason.St.Julien@USDOJ.GOV
     Attorney for the Government