IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIEN LEWIS

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    Upon motion of the United States and for good cause shown, it is hereby

    ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce DAMIEN LEWIS, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, before a United States Magistrate Judge forthwith for proceedings in the above-referenced case, and to hold him at all times in custody as an agent of the United States of America until final disposition of the Defendant's case, and immediately thereafter to return the Defendant to the institution where he was confined.

    SO ORDERED this ___ day of April, 2019

                                        BY THE COURT:

                                        MAGISTRATE JUDGE
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO