IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

DAMIEN LEWIS

 Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

 TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

 This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of  produce DAMIEN LEWIS, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, before a United States Magistrate Judge, sitting at Denver, Colorado, to appear for proceedings in the above-referenced case and to hold the Defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these proceedings in the United States District Court for the District of Colorado, you shall return the Defendant to the institution where he was confined.

DATED at Denver, Colorado, this  3rd  day of April, 2019.

BY THE COURT:
JEFFREY P. COLWELL

s/N. Marble, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT