# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAMIEN LEWIS

    Defendant

## Notice of Appearance

    David S. Kaplan, of the law firm Haddon, Morgan and Foreman, P.C., has been appointed as CJA counsel and hereby enters his appearance on behalf of Defendant Damien Lewis in the above-entitled action.

    DATED: April 10, 2019

    Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:  303.831.7364
Fax:       303.832.1015
Email:   dkaplan@hmflaw.com

*Attorneys for Defendant Damien Lewis*

## Certificate of Service

I certify that on April 10, 2019, a copy of this *Notice of Appearance* was served via CM/ECF upon the following:

Jason Antoine St. Julien
U.S. Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

*s/ Stephanie Poole*