## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-0086-REB

UNITED STATES OF AMERICA,

     Plaintiff

v.

DAMIEN LEWIS

     Defendant

---

## Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)

---

David S. Kaplan, of the law firm Haddon, Morgan and Foreman, P.C., on behalf of the Defendant Mr. Damien Lewis requests the court grant his *Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)* and as grounds states the following:

1.    Mr. Lewis is currently charged with one count of burglary alleging he unlawfully entered a federally registered pharmacy with the intent of stealing controlled substances in violation of 18 U.S.C. § 2118 (b) and 18 U.S.C. § 2. Counsel entered his appearance on April 10, 2019. Initial discovery was made available April, 23, 2019 and received April 24, 2019.

2.      A brief review of Discovery reveals  29  separate surveillance videos and over 1,000 pages of an Excel spread sheet documenting  T-Mobile communication obtained as a result of executing search warrants relating to numerous phone calls.  The case is further complicated by related state prosecutions in El Paso County, Colorado (2015CR414, 2016CR6218, 2017CR6154 and 2018CR254) which culminated, on January 23, 2019, with a sentence of 22 years.  Inquiry into the nature of these cases, their association, if any, with the current federal indictment and perhaps the need to review discovery to advise Mr. Lewis, is necessary before trial and motion decisions can be competently considered. These factors necessitate a period of excludable time to allow counsel more than 5 days after receiving discovery to file motions and more than the 7 weeks to prepare for trial, which is currently scheduled to begin on June 17, 2019.

3.      Furthermore, counsel is currently finalizing preparation for a complicated securities fraud and marijuana cultivation case scheduled for a 2 ½ week trial commencing on June 24, 2019.  This prior professional commitment to another court and defendant, even with the exercise of due diligence, makes it necessary to ask for additional time for effective preparation in Mr. Lewis's matter.

4.      The additional time will allow counsel to become adequately versed in the above captioned case so that productive conversations with the Assistant

United States Attorney regarding a resolution can be conducted and knowledgeable advice to Mr. Lewis can be provided.

5.     The individual circumstances of Mr. Lewis's case suggests a continuance is appropriate. Counsel has acted diligently in communicating with his client, with the government, and obtaining discovery for review.  Despite this effort additional time is needed to evaluate the case, prepare motions, conduct investigation and advise Mr. Lewis. A continuance would afford counsel and the defendant the ability to accomplish what is necessary for effective representation. A.U.S.A. St. Julian has indicated no objection to the exclusion of time suggesting that any inconvenience will not harm the government's ability to proceed.  These factors are those the court in *United States v. West* 828 F.2d 1468 (10th Cir. 1987) indicated should be considered when addressing a motion for continuance and support the granting of this request.  Similar considerations were addressed in *United States v. Toombs*  574 F.3d 1262 (10th Cir. 2009) when contemplating an ends of justice continuance so that counsel could adequately prepare for trial.

6.     A.U.S.A. Jason St. Julian has been contacted regarding this request and has indicated no objection to it being granted.

WHEREFORE, pursuant to the factors enumerated in 18 U.S.C. §3161 (7) (B) and the guidance provided in the above cited cases, Defendant requests this court find that an adequate basis for an ends of justice continuance has been

demonstrated, grant 120 days of excludable time from the speedy trial calculation and find that such a continuance outweighs the best interests of the public and is in the best interest of the Defendant. It is further requested that the court set this matter for further proceedings consistent with the granting of this motion and the court's practice.

DATED: April 29, 2019

Respectfully submitted,

s/  David S. Kaplan

David S. Kaplan
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:     303.832.1015
Email:   dkaplan@hmflaw.com

*Attorneys for Defendant Damien Lewis*

**Certificate of Service**

I certify that on April 29, 2019, a copy of this *Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7) (A)* was served via CM/ECF upon the following:

Jason St. Julien
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202


*s/ Laura Lewis*