IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:             May 8, 2019
Deputy Clerk:     Leigh Roberson
Court Reporter:   Terri Lindblom

| Criminal Action No. 19-cr-89-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Jason St. Julien |
| Plaintiff, | |
| v. | |
| DAMIEN LEWIS, | David Kaplan |
| Defendant. | |

## COURTROOM MINUTES

**Motion Hearing**

**9:46 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

Before the Court is Defendant's Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A) [ECF 17], filed April 29, 2019.

Argument.

**IT IS ORDERED:**

1. That [ECF 17] is granted insofar as consistent with the Court's findings of fact and conclusions of law and the following orders;

2. That the time from and including today through and including September 5, 2019, shall be excluded from the time for a speedy trial under the Act;

3. That the extant deadlines for filing non-CJA motions and their corresponding responses are vacated and continued, pending further order;

4. That the trial preparation conference and jury trial as now set are vacated and continued, pending further order;

5. That the telephonic setting conference on May 19, 2019, is vacated;

6. That this matter is set for Status Conference on June 19, 2019, at 11:30 a.m. at which the counsel and the defendant shall appear without further notice or order by the Court;

7. That, to the extent necessary, the United States Marshal shall assist the Court in securing the appearance of the defendant for the status conference;

8. That the extant Trial Preparation Conference Order [ECF 15], entered April 15, 2019, is amended and revised accordingly; and

9. That, pending further proceedings, the defendant is remanded to the custody of the United States Marshal for continued pretrial detention.

**10:05 a.m.    Court in recess.**

Total time in court: 0:19

Hearing concluded.