IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-0086-REB

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAMIEN LEWIS

    Defendant

---

**Request for Order Allowing Mr. Lewis to Return to the Colorado Department of Corrections Pending Resolution of Federal Action 10-cr-0086-REB**

---

    David S. Kaplan, of the law firm Haddon, Morgan and Foreman, P.C., on behalf of the Defendant Mr. Damien Lewis requests the court grant this request and as grounds states the following:

    1.    An indictment in the above captioned case was filed with the court on February 21, 2019 charging Mr. Lewis with one count of burglary in violation of 18 U.S.C. § 2118 (b) and 18 U.S.C. § 2.

    2.    Prior to these charges, on January 23, 2019, Mr. Lewis was sentenced in the 10th Judicial District, State of Colorado (El Paso County) court in numerous cases. Resolution of these cases resulted in a sentence of 22.5 years in the Colorado Department of Corrections. His place of incarceration was designated as the Limon Correctional Facility, (LVCF).

3. Colorado's sentencing scheme allows the granting of earned time—deducting up to 10 days for each month of incarceration from an inmate's sentence. Colo. Rev. Stat. §17-22.5-405(1). The deduction is not automatically provided but only allowed upon a showing , as certified by the inmate's case manager, that he has made consistent progress in the following categories, as defined by statute;

    a. Work and training, including attendance, promptness, performance, cooperation, care of materials, and safety;

    b. Group living, including housekeeping, personal hygiene, cooperation, social adjustment and double bunking;

    c. Participation in counseling sessions and involvement in self-help groups;

    d. Progress toward the goals and programs established by the Colorado diagnostic program;

    e. *Non-applicable*

    f. The offender has not harassed the victim either verbally or in writing;

    *g.* The inmate has made positive progress, in accordance with performance standards established by the department, in the literacy corrections program or the correctional education program established pursuant to article 32 of this title.

Colo.Rev.Stat. §17-22.5-405(1)(a-g).

4. On April 2, 2019 a Motion for Writ of Habeas Corpus Ad Prosequendum was filed by A.U.S.A. Jason R. Dunn requesting Mr. Lewis be brought before a United

States District Court Judge for an initial appearance and be held until final disposition of his case. (ECF #4). Magistrate Judge Mix signed the order on April 2, 2019. (ECF #6)

5.   An Arraignment Discovery and Detention Hearing was held on April 12, 2019.  Defendant was arraigned, plead not guilty and a non-contested order of detention entered.  Counsel for Mr. Lewis requested he be returned to LVCF.  The court's minute order reflects having taken judicial notice of the defendant's request. (ECF #13 – no document attached).

6.   Mr. Lewis requests this court amend the order entered by Magistrate Judge Mix and allow for his return to LVCF pending the outcome if this federal criminal prosecution.  This request is pursuant to 18 U.S.C §3145 (b).

7.   Despite the deference appropriately paid to the United States Marshall Service when dealing with the transportation and detention of inmates the failure to allow Mr. Lewis to return to the Colorado Department of Corrections has a significant impact on his liberty interests.  All of the above listed categories, considered when deciding whether to grant earned time against his state sentence, are compromised while away from the facility.  The tension between Mr. Lewis's desire to effectively address the federal criminal charges in a reasoned and deliberate fashion with the loss of earned time, unnecessarily extending his period of confinement on the state sentence, can be resolved by allowing him to return to LCVF.  Particular attention will be paid to the efficient resolution of Mr. Lewis's case so as not to require unproductive settings necessitating travel arrangements.

8. A.U.S.A. St. Julien has been consulted regarding this request and has no objection to it being granted.

WHEREFORE, it is requested that the order granting the government's Writ of Habeas Corpus Ad Prosequendum be amended to allow for Mr. Lewis's return to the Colorado Department of Corrections when not required to attend hearings in the Federal District Court.

DATED: May 13, 2019

Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.1015
Email: dkaplan@hmflaw.com

*Attorneys for Defendant Damien Lewis*

### Certificate of Service

I certify that on May 13, 2019, a copy of this *Request for Order Allowing Mr. Lewis to Return to the Colorado Department of Corrections Pending Resolution of Federal Action 10-cr-0086-REB* was served via CM/ECF upon the following:

Jason Antoine St. Julien
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202

*s/ Laura Lewis*

4