IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No: 19-cr-00086-REB-01

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  DAMIEN LEWIS,

 Defendant.

## MINUTE ORDER[1]

 The matter before me is the **Request for Order Allowing Mr. Lewis To Return to the Colorado Department of Corrections Pending Resolution of Federal Action 10-cr-0086-REB (sic)** [#23][2] filed May 13, 2019.

 After reviewing the motion and the case, it is

 **ORDERED** as follows:

 1.  That on or before May 28, 2019, the government shall file a response to the motion [#23]; and

 2.  That on or before June 4, 2019, the defendant shall file a reply in support of his motion.

 Dated: May 14, 2019

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.