# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.:  19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DAMIEN LEWIS**,

    Defendant.

---

### GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR ORDER ALLOWING MR. LEWIS TO RETURN TO THE COLORADO DEPARTMENT OF CORRECTIONS PENDING RESOLUTION OF FEDERAL ACTION 19-cr-00086-REB [ECF No. 23]
_____

    The United States of America responds to the defendant's motion [ECF No. 23].

    The Government conferred with defense counsel several times prior to the filing of the motion. As stated in the motion, the Government does not object to the requested relief.

    Dated:  May 28, 2019.

                              Respectfully submitted,

                              JASON R. DUNN
                              United States Attorney

            By:    /s/ *Jason St. Julien*
                      JASON ST. JULIEN
                      Assistant United States Attorney
                      1801 California St., Suite 1600
                      Denver, Colorado 80202
                      Phone:  (303) 454-0100
                      Fax:  (303) 454-0405
                      E-mail:  Jason.St.Julien@usdoj.gov

Attorney for the United States

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 28th day of May 2019, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST FOR ORDER ALLOWING MR. LEWIS TO RETURN TO THE COLORADO DEPARTMENT OF CORRECTIONS PENDING RESOLUTION OF FEDERAL ACTION 19-cr-00086-REB [ECF No. 23]** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

    **David S. Kaplan**
    Email:  dkaplan@hmflaw.com

                                            /s/ *Jason St. Julien*
                                            JASON ST. JULIEN
                                            Assistant United States Attorney
                                            1801 California St., Suite 1600
                                            Denver, Colorado 80202
                                            Phone:  (303) 454-0100
                                            Fax:  (303) 454-0405
                                            E-mail:  Jason.St.Julien@usdoj.gov
                                            Attorney for the United States