IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00086-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    DAMIEN LEWIS,

        Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 18th day of June 2019.

                              JASON R. DUNN
                              United States Attorney

By:    s/Jaime A. Peña
        JAIME A. PEÑA
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Jaime.Pena@usdoj.gov

Attorney for the Government

## **CERTIFICATE OF SERVICE**

       I certify that on this 18th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


                    By: *s/ Diana Brown*
                         Legal Assistant
                         United States Attorney's Office