**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:             June 19, 2019
Deputy Clerk:     Leigh Roberson
Court Reporter:   Tracy Weir

| Criminal Action No. 19-cr-86-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Jaime Peña |
| Plaintiff, | |
| v. | |
| DAMIEN LEWIS, | David Kaplan |
| Defendant. | |

## COURTROOM MINUTES

**Status Conference**

**11:36 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

Opening statements by the Court.

The Court raises [ECF 23] for argument.

**ORDERED:** Defendant's Request for Order Allowing Mr. Lewis to Return to the Colorado Department of Corrections Pending Resolution of Federal Action 10-cr-0086-REB [ECF 23] is granted. The United States Marshal Service for the District of Colorado is authorized and directed to transport the defendant as soon as practicable to the Limon Correctional Facility or such other correctional facility designated by the Colorado Department of Corrections.

Counsel respond to the Court's inquiries as to the status of the case.

**IT IS ORDERED:**

1. That this matter is continued for additional Status Conference to August 21, 2019, at 11:30 a.m., at which time the defendant shall again appear before this Court in this case without further notice or order from the Court; provided further that the United States Marshal for the District of Colorado shall assist the Court in securing the appearance of the defendant.

2. That, pending further status conference or other appropriate further proceedings, the defendant is remanded to the custody of the United States Marshal to be transported as soon as practicable to the Limon Correctional Facility or the correctional facility otherwise designated by the Colorado Department of Corrections.

**11:49 a.m.    Court in recess.**

Total time in court: 0:13

Hearing concluded.