IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIEN LEWIS,

    Defendant.

---

**ORDER**

---

    Upon motion of the United States [ECF 28] and for good cause shown,

    IT IS HEREBY ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce DAMIEN LEWIS, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, before the United States District Court Judge in the above-captioned case for the defendant's Status Conference on Wednesday, August 21, 2019 at 11:30 a.m., then immediately thereafter return the defendant to the institution where he is now confined: Limon Correctional Facility.

    SO ORDERED at Denver, Colorado, this 14th day of August, 2019.

                                    BY THE COURT:

                                    */s/ Michael E. Hegarty*

                                    Michael E. Hegarty
                                    United States Magistrate Judge