IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:              August 21, 2019
Deputy Clerk:      Leigh Roberson
Court Reporter:    Tracy Weir

| Criminal Action No. 19-cr-86-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Jason St. Julien |
| Plaintiff, | |
| v. | |
| DAMIEN LEWIS, | David Kaplan |
| Defendant. | |

## COURTROOM MINUTES

**Status Conference**

**11:39 a.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

Counsel respond to Court's inquiries regarding the status of the case.

Counsel may file any Speedy Trial Act-related motion on or before September 5, 2019, as stated on the record.

**IT IS ORDERED** that the custody of the defendant is remanded to the United States Marshal for the District of Colorado, who is authorized and directed to return the defendant to the Limon Correctional Facility.

**11:50 a.m.    Court in recess.**

Total time in court: 0:11

Hearing concluded.