**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-0086-REB

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAMIEN LEWIS

    Defendant

## Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)

David S. Kaplan, of the law firm Haddon, Morgan and Foreman, P.C., on behalf of the Defendant Mr. Damien Lewis requests the court grant his *Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)* and as grounds states the following:

1.    Mr. Lewis is currently charged with one count of burglary alleging he unlawfully entered a federally registered pharmacy with the intent of stealing controlled substances in violation of 18 U.S.C. § 2118 (b) and 18 U.S.C. § 2. Counsel entered his appearance on April 10, 2019. Initial discovery was made available April 23, 2019 and received April 24, 2019.

2.     *A Motion for Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7) (A)* (ECF 17) was filed on April 29, 2019.  A hearing was held on May 8th, 2019 with the court granting the motion and excluding time from the date of the hearing until September 5, 2019 for a speedy trial under the Act.

3.     On August 21, 2019, this matter was set for a Status Conference.  The court was informed by both parties that the government was still investigating Mr. Lewis for possible involvement in additional criminal conduct related to the current indictment.  Counsel for Mr. Lewis indicated the difficulty in providing advice on how to proceed on the above-captioned case not knowing if subsequent charges would be forthcoming.  The court was advised that both parties were requesting a further continuance of the case so the government could determine if Mr. Lewis would be implicated in a superseding indictment.  It was requested that the case be reset for status in approximately 90 days.

4.     The individual circumstances of Mr. Lewis's case suggest a continuance is appropriate.  Counsel has acted diligently in communicating with his client, with the government, and obtaining discovery for review.  A.U.S.A. St. Julian has expressed the possibility of new charges against Mr. Lewis.  To be effective as counsel for Mr. Lewis, to ensure all charges involving Mr. Lewis are prosecuted in an efficient manner and to be informed of all criminal matters being contemplated against Mr. Lewis, a continuance will help serve these important

interests. These factors are those the court in *United States v. West*, 828 F.2d 1468 (10th Cir. 1987) indicated should be considered when addressing a motion for continuance and support the granting of this request. Similar considerations were addressed in *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009) when contemplating an ends of justice continuance so that counsel could adequately resolve the case or prepare for trial.

     5.     A.U.S.A. Jason St. Julian joined in the request at the last hearing before the court.

     WHEREFORE, pursuant to the factors enumerated in 18 U.S.C. §3161 (7)(B) and the guidance provided in the above cited cases, Defendant requests this court find that an adequate basis for an ends of justice continuance has been demonstrated, grant an additional 90 days of excludable time from the speedy trial calculation, or such other amount the court finds appropriate and find that such a continuance outweighs the best interests of the public and is in the best interest of the Defendant. It is further requested that the court set this matter for further proceedings consistent with the granting of this motion and the court's practice.

     DATED: September 4, 2019

Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:  303.831.7364
Fax:       303.832.1015
Email:   dkaplan@hmflaw.com

*Attorneys for Defendant Damien Lewis*

### Certificate of Service

I certify that on September 4, 2019, a copy of this *Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)* was served via CM/ECF upon the following:

Jason St. Julien
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202

*s/ Stephanie Poole*

4