IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIEN LEWIS

    Defendant.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

1. The Defendant, DAMIEN LEWIS, YOB: 1987, DOC Number 146115 is now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826.

2. A Motions Hearing in the above-captioned case will be held on Tuesday, October 15, 2019 at 11:30 a.m. in the United States District Court for the District of Colorado. It is necessary that the defendant be present in person during this proceeding.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to **the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law enforcement officer**, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant is confined, and requiring said federal law enforcement officer

to produce the defendant before the United States District Court Judge in the above-captioned case for the defendant's Motion Hearing on Tuesday, October 15, 2019 at 11:30, then immediately thereafter return the defendant to the institution where he is now confined: Limon Correctional Facility.

Dated: October 11, 2019.

                                    JASON R. DUNN
                                    United States Attorney

By:   *s/ Jason St. Julien*
        Jason St. Julien
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO. 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0405
        e-mail: Jason.St.Julien@USDOJ.GOV
        Attorney for the Government