IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIEN LEWIS

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce DAMIEN LEWIS, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, before the United States District Court Judge in the above-captioned case for the defendant's Motion Hearing on Tuesday, October 15, 2019 at 11:30 a.m. then immediately thereafter return the defendant to the institution where he is now confined:  Limon Correctional Facility.

SO ORDERED this ____ day of October, 2019

                                        BY THE COURT:

                                        MAGISTRATE JUDGE
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO