IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIEN LEWIS

    Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

    This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of  produce DAMIEN LEWIS, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, the United States District Court Judge in the above-captioned case for the defendant's Motion Hearing on Tuesday, October 15, 2019 at 11:30, then immediately thereafter return the defendant to the institution where he is now confined:  Limon Correctional Facility.

DATED at Denver, Colorado, this ___ day of October, 2019.

BY THE COURT:

_____
CLERK, UNITED STATES DISTRICT COURT