IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-0086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAMIEN LEWIS,

    Defendant.

## MINUTE ORDER[1]

    This matter is before the court *sua sponte*. This matter is set for a motion hearing next Tuesday, October 15, 2019, at 11:30 a.m. The United States Marshal reports that the defendant, Damien Lewis, currently is in the custody of the State of Colorado at the Limon Correctional Facility. A writ has not been issued authorizing the United States Marshal to transport Mr. Lewis to the hearing next Tuesday. Today, October 11, 2019, the government filed a **Motion for Writ of Habeas Corpus *Ad Prosequendum*** [#36][2]. Next Monday is a court holiday. Given these circumstances, there is not adequate time to issue a writ and arrange for the transportation of Mr. Lewis next Tuesday. After reviewing the motion, the file, and the record, it is

    **ORDERED** as follows:

    1. That the motion hearing currently set for Tuesday, October 15, 2019, at 11:30 a.m. is vacated without date; and

    2. That a telephonic (non-appearance) setting conference is set for Tuesday, October 15, 2019, at 11:30 a.m. to set this matter for hearing; and

    3. That counsel for the government shall arrange, initiate, and coordinate the conference call to chambers, at 303-335-2350, necessary to facilitate the setting conference.

    Dated: October 11, 2019.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.