IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAMIEN LEWIS,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**Blackburn, J.**

This matter is before me on the **Motion for Writ of Habeas Corpus Ad Prosequendum** [#39][1] filed October 15, 2019. The United States has shown good cause for issuance of the writ.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Writ of Habeas Corpus Ad Prosequendum** [#39] is granted; and

2. That the clerk shall issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce the defendant, Damien Lewis, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, before Senior Judge Robert E. Blackburn in the above-captioned case for the defendant's motion hearing on Thursday, October 31,

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2019, at 9:30 a.m., then immediately thereafter return the defendant to the institution where he is now confined: Limon Correctional Facility.

Dated October 15, 2019, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge