IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DAMIEN LEWIS**,

    Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of DAMIEN LEWIS, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, to the United States District Court Judge in the above-captioned case for the defendant's Motion Hearing on Thursday, October 31, 2019 at 9:30 a.m., then immediately thereafter return the defendant to the institution where he is now confined: Limon Correctional Facility.

DATED at Denver, Colorado, this 15th day of October, 2019.

                                                   BY THE COURT:

                                                   s/A. Thomas, Deputy Clerk
                                                 CLERK, UNITED STATES DISTRICT COURT