**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:             October 31, 2019
Deputy Clerk:     Leigh Roberson
Court Reporter:   Julie Thomas

| Criminal Action No. 19-cr-86-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Jason St. Julien |
| Plaintiff, | |
| v. | |
| DAMIEN LEWIS, | David Kaplan |
| Defendant. | |

**COURTROOM MINUTES**

**Motion Hearing**

**9:46 a.m.     Court in session.**

Appearances of counsel. Defendant is present in custody.

Before the Court is Defendant's Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A) [ECF 33], filed September 4, 2019.

Argument.

**IT IS ORDERED:**

1. That [ECF 33] is granted;

2. That the time from and including today through and including January 29, 2020, shall be excluded from the time for a speedy trial under the Act;

3. That this matter is set for Status Conference on January 9, 2020, at 1:30 p.m., at which counsel and the defendant shall appear without further notice or order by the Court;

4. That, to the extent necessary, the United States Marshal shall assist the Court in securing the appearance of the defendant for the status conference; and

5. That, pending further proceedings, the defendant is remanded to the custody of the United States Marshal for continued pretrial detention.

**10:01 a.m.    Court in recess.**

Total time in court: 0:15

Hearing concluded.