2019, at 9:30 a.m., then immediately thereafter return the defendant to the institution where he is now confined: Limon Correctional Facility.

Dated October 15, 2019, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM  C DOC  LIMON  TO
USMS
ON  10/31/19

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 01 2019**

JEFFREY P. COLWELL
CLERK

---

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM  USMS  TO
CDOC LIMON
ON  10/31/19

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**DAMIEN LEWIS**,

    Defendant.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

    TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

    This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of DAMIEN LEWIS, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, to the United States District Court Judge in the above-captioned case for the defendant's Motion Hearing on Thursday, October 31, 2019 at 9:30 a.m., then immediately thereafter return the defendant to the institution where he is now confined: Limon Correctional Facility.

    DATED at Denver, Colorado, this 15th day of October, 2019.

                         BY THE COURT:

                         s/A. Thomas, Deputy Clerk
                         CLERK, UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DAMIEN LEWIS,

      Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**Blackburn, J.**

This matter is before me on the **Motion for Writ of Habeas Corpus Ad Prosequendum** [#39][1] filed October 15, 2019.  The United States has shown good cause for issuance of the writ.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion for Writ of Habeas Corpus Ad Prosequendum** [#39] is granted; and

2. That the clerk shall issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce the defendant, Damien Lewis, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, before Senior Judge Robert E. Blackburn in the above-captioned case for the defendant's motion hearing on Thursday, October 31,

---

[1] "[#39]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.