**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.:  19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **BRAINARD CLARK;**
2   **DAMIEN LEWIS; and,**
3.  **DAVID WINSTON**;

    Defendants.

---

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

From a time unknown but not later than July 28, 2017, up to and including on or about October 15, 2017, in the State and District of Colorado and elsewhere, the defendants, BRAINARD CLARK, DAMIEN LEWIS, DAVID WINSTON, and others known and unknown to the Grand Jury, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to without authority, enter and attempt to enter a business premises and property of a person registered with the Drug Enforcement Administration under Title 21, United States Code, Section 822, with the intent to steal any material and compound containing any quantity of a controlled substance, and the replacement cost of the hydrocodone was $500 and more in violation Title 18, United States Code, Section 2118(b), and one or more of such

persons did an overt act to effect the object of the conspiracy.

All in violation of Title 18, United States Code, Section 2118(d).

### *Manner and Means of the Conspiracy*

The conspiracy was accomplished, in part, through the following manner and means:

1. The defendants agreed to unlawfully enter pharmacies, after hours, using a yellow crow/pry bar to dislodge the pharmacy's door in order to gain entry;
2. The defendants agreed to wear masks and/or sweatshirts that covered their faces to avoid detection;
3. The defendants agreed that the stolen controlled substances would be placed in a box or trashcan when stolen from a pharmacy; and,
4. The defendants agreed to split the profits of the stolen controlled substances.

### *Overt Acts of the Conspiracy*

In furtherance of the conspiracy, the defendants committed one or more overt acts, including, but not limited to the following:

1. On or about July 28, 2017, the defendants, BRAINARD CLARK, DAMIEN LEWIS, DAVID WINSTON, and others known and unknown to the Grand Jury, entered, without consent, Hometown Pharmacy & Medical located in Trinidad, Colorado for the purpose of stealing a controlled substance;

2. On or about July 28, 2017, DAMIEN LEWIS used a yellow crow/pry bar to break into Hometown Pharmacy & Medical located in Trinidad, Colorado for the purpose of allowing himself and defendants BRAINARD CLARK, DAVID WINSTON, and others known and unknown to the Grand Jury to steal a controlled substance;

3. On or about August 7, 2017, DAMIEN LEWIS used a yellow crow/pry bar to break into Capitol Heights Pharmacy in Denver, Colorado for the purpose of allowing himself and defendants BRAINARD CLARK, DAVID WINSTON, and others known and unknown to the Grand Jury to steal a controlled substance;

4. On or about August 22, 2017, a previously charged co-conspirator, identified herein as D.S., and the defendants BRAINARD CLARK and DAVID WINSTON entered, without consent, The Medicine Shoppe Pharmacy in Colorado Springs, Colorado for the purpose of stealing a controlled substance and carried a white trashcan filled with a stolen controlled substance out of The Medicine Shoppe Pharmacy.

## COUNT 2

On or about July 28, 2017, in the State and District of Colorado, the defendants, BRAINARD CLARK, DAMIEN LEWIS, DAVID WINSTON, and others known and unknown to the Grand Jury, did without authority knowingly and intentionally enter and attempt to enter and remain in a business premises and property of a person registered

with the Drug Enforcement Administration under Title 21, United States Code, Section 822, to wit, Hometown Pharmacy & Medical located in Trinidad, Colorado, with the intent to steal any material and compound containing any quantity of a controlled substance, to wit, hydrocodone, and the replacement cost of the hydrocodone was $500 and more, and did knowingly and intentionally aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Section 2118(b)(1) and Title 18, United States Code, Section 2.

## COUNT 3

On or about August 7, 2017, in the State and District of Colorado, the defendants, BRAINARD CLARK, DAMIEN LEWIS, DAVID WINSTON, and others known and unknown to the Grand Jury, did without authority knowingly and intentionally enter and attempt to enter and remain in a business premises and property of a person registered with the Drug Enforcement Administration under Title 21, United States Code, Section 822, to wit, Capitol Heights in Denver, Colorado, with the intent to steal any material and compound containing any quantity of a controlled substance, to wit, oxycodone, and the replacement cost of the oxycodone was $500 and more, and did knowingly and intentionally aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Section 2118(b)(1) and Title 18, United States Code, Section 2.

## COUNT 4

On or about August 22, 2017, in the State and District of Colorado, the defendants, BRAINARD CLARK, DAVID WINSTON, and others known and unknown to the Grand Jury, did without authority knowingly and intentionally enter and attempt to enter and remain in a business premises and property of a person registered with the Drug Enforcement Administration under Title 21, United States Code, Section 822, to wit, The Medicine Shoppe Pharmacy located in Colorado Springs, Colorado, with the intent to steal any material and compound containing any quantity of a controlled substance, to wit, oxycontin, and the replacement cost of the oxycontin was $500 and more, and did knowingly and intentionally aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Section 2118(b)(1) and Title 18, United States Code, Section 2.

## COUNT 5

On or about October 15, 2017, in the State and District of Colorado, the defendant, BRAINARD CLARK and others known and unknown to the Grand Jury, did without authority knowingly and intentionally enter and attempt to enter and remain in a business premises and property of a person registered with the Drug Enforcement Administration under Title 21, United States Code, Section 822, to wit, Walgreens located at 8705 Lexington Drive, Colorado Springs, Colorado, with the intent to steal any material and compound containing any quantity of a controlled substance, to wit, oxycodone, and the replacement cost of the oxycodone was $500 and more, and did

knowingly and intentionally aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 18, United States Code, Section 2118(b)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON


JASON R. DUNN
United States Attorney


*/s/ Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the United States