DEFENDANT:  DAMIEN LEWIS

AGE/YOB:  32/1987

ADDRESS:  COLORADO SPRINGS, COLORADO

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

    PENDING CASE:  19-CR-00086-REB, *United States v. Lewis*

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

| | | |
|---|---|---|
| OFFENSE: | COUNT 1: | CONSPIRACY TO COMMIT PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(d); AND, |
| | COUNTS 2 & 3: | PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(b)(1). |

LOCATION OF OFFENSES
(County and State):  LAS ANIMAS & DENVER COUNTIES, COLORADO

| | | |
|---|---|---|
| PENALTY: | COUNT 1: | NMT 10 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH.  NMT 3 YEARS OF SUPERVISED RELEASE, $100 S.A. FEE; AND, |
| | COUNTS 2 & 3: | NMT 20 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH.  NMT 3 YEARS OF SUPERVISED RELEASE, $100 S.A. FEE. |

AGENT/DEPUTY:  CHRIS MACE, FBI TASK FORCE OFFICER

AUTHORIZED BY:  JASON ST. JULIEN, ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

__X__ five days or less     _____ over five days

THE GOVERNMENT

__X__ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention [is / **is not**] applicable to this defendant.