DEFENDANT: BRAINARD CLARK

AGE/YOB: 25/1994

ADDRESS: COLORADO SPRINGS, COLORADO

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

OFFENSE:  COUNT 1: CONSPIRACY TO COMMIT PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(d); AND,

    COUNTS 2 – 5: PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(b)(1).

LOCATION OF OFFENSES
(County and State): LAS ANIMAS, PUEBLO, DENVER, & EL PASO COUNTIES, COLORADO

PENALTY:  COUNT 1: NMT 10 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH. NMT 3 YEARS OF SUPERVISED RELEASE, $100 S.A. FEE; AND,

    COUNTS 2 – 5: NMT 20 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH. NMT 3 YEARS OF SUPERVISED RELEASE, $100 S.A. FEE.

AGENT/DEPUTY: CHRIS MACE, FBI TASK FORCE OFFICER

AUTHORIZED BY: JASON ST. JULIEN, ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

__X__ five days or less   _____ over five days

THE GOVERNMENT

__X__ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention [is / **is not**] applicable to this defendant.