DEFENDANT: DAVID WINSTON

AGE/YOB: 28/1990

ADDRESS: COLORADO SPRINGS, COLORADO

COMPLAINT FILED?   \_\_\_\_\_ YES   \_\_X\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   \_\_\_\_\_ YES   \_\_X\_\_ NO

OFFENSE:   COUNT 1:   CONSPIRACY TO COMMIT PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(d); AND,

    COUNTS 2 – 4:   PHARMACY BURGLARY, IN VIOLATION OF 18 U.S.C. § 2118(b)(1).

LOCATION OF OFFENSES
(County and State):   LAS ANIMAS, PUEBLO, DENVER, & EL PASO COUNTIES, COLORADO

PENALTY:   COUNT 1:   NMT 10 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH.  NMT 3 YEARS OF SUPERVISED RELEASE, $100 S.A. FEE; AND,

    COUNTS 2 – 4:   NMT 20 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH.  NMT 3 YEARS OF SUPERVISED RELEASE, $100 S.A. FEE.

AGENT/DEPUTY:   CHRIS MACE, FBI TASK FORCE OFFICER

AUTHORIZED BY:   JASON ST. JULIEN, ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

\_\_X\_\_ five days or less   \_\_\_\_\_ over five days

THE GOVERNMENT

\_\_X\_\_ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention [is / **is not**] applicable to this defendant.