IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  DAMIEN LEWIS**;
2   BRAINARD CLARK; and,
3.  DAVID WINSTON;

    Defendants.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

1.  The Defendant, DAMIEN LEWIS, YOB: 1987, DOC Number 146115 is now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826.

2.  An Arraignment on the Superseding Indictment in the above-captioned case will be held on Friday, December 20, 2019 at 10:00 a.m. in the United States District Court for the District of Colorado.  It is necessary that the defendant be present in person during this proceeding.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to **the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law enforcement**

**officer**, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant is confined, and requiring said federal law enforcement officer to produce the defendant before the United States District Court Judge in the above-captioned case for the defendant's Arraignment on the Superseding Indictment in the above-captioned case on Friday, December 20, 2019 at 10:00 a.m., then immediately thereafter return the defendant to the institution where he is now confined: Limon Correctional Facility.

Dated: December 4, 2019.

>JASON R. DUNN
>United States Attorney
>
>By: *s/ Jason St. Julien*
>Jason St. Julien
>Assistant United States Attorney
>United States Attorney's Office
>1801 California Street, Suite 1600
>Denver, CO. 80202
>Telephone: (303) 454-0100
>Fax: (303) 454-0405
>E-mail: Jason.St.Julien@usdoj.gov
>Attorney for the Government

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of December 2019, I filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**David Scott Kaplan**
Email:  dkaplan@hmflaw.com

*/s/ Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0100
Fax:  (303) 454-0405
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the United States