IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  DAMIEN LEWIS**;
2   BRAINARD CLARK; and,
3.  DAVID WINSTON;

    Defendants.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce DAMIEN LEWIS, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, before the United States District Court Judge in the above-captioned case for the defendant's Arraignment on the Superseding Indictment in the above-captioned case will be held on Friday, December 20, 2019 at 10:00 a.m., then immediately thereafter return the defendant to the institution where he is now confined:  Limon Correctional Facility.

SO ORDERED this 10th day of December, 2019

                                         BY THE COURT:

                                           s/Scott T. Varholak
                                         MAGISTRATE JUDGE
                                         UNITED STATES DISTRICT COURT
                                         DISTRICT OF COLORADO