IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **DAMIEN LEWIS**;
2   BRAINARD CLARK; and,
3.  DAVID WINSTON;

    Defendants.

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through the United States Attorney for the District of Colorado, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

1.    The Defendant, DAMIEN LEWIS, YOB: 1987, DOC Number 146115 is now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826.

2.    A Status Conference in the above-captioned case will be held on Thursday, January 9, 2020 at 1:30 p.m. in the United States District Court for the District of Colorado. It is necessary that the defendant be present in person during this proceeding.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to **the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law enforcement officer**, requiring him to serve the writ on the Warden, Superintendent, or Custodian of any place

or institution where the defendant is confined, and requiring said federal law enforcement officer to produce the defendant before the United States District Court Judge in the above-captioned case for a Status Conference in the above-captioned case on Thursday, January 9, 2020 at 1:30 p.m., then immediately thereafter return the defendant to the institution where he is now confined:  Limon Correctional Facility.

Dated:  December 19, 2019.

JASON R. DUNN
United States Attorney

By: *s/ Jason St. Julien*
Jason St. Julien
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO. 80202
Telephone:  (303) 454-0100
Fax:  (303) 454-0405
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of December 2019, I filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

**David Scott Kaplan**
Email:  dkaplan@hmflaw.com

*/s/ Jason St. Julien*
JASON ST. JULIEN
Assistant United States Attorney
1801 California St., Suite 1600
Denver, Colorado 80202
Phone:  (303) 454-0100
Fax:  (303) 454-0405
E-mail:  Jason.St.Julien@usdoj.gov
Attorney for the United States