IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **DAMIEN LEWIS**;
2   BRAINARD CLARK; and,
3.  DAVID WINSTON;

    Defendants.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    Upon motion of the United States and for good cause shown, it is hereby

    ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce DAMIEN LEWIS, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, before the United States District Court Judge in the above-captioned case for the a Status conference in the above-captioned case will be held on Thursday, January 9, 2020 at 1:30 p.m., then immediately thereafter return the defendant to the institution where he is now confined: Limon Correctional Facility.

    SO ORDERED this ____ day of December, 2019

                                                BY THE COURT:

                                               _____
                                               MAGISTRATE JUDGE
                                               UNITED STATES DISTRICT COURT
                                               DISTRICT OF COLORADO