IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAMIEN LEWIS;
2. BRAINARD CLARK; and,
3. DAVID WINSTON;

    Defendants.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce DAMIEN LEWIS, YOB: 1987, DOC Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO 80826, before the United States District Court Judge in the above-captioned case for the a Status conference in the above-captioned case will be held on Thursday, January 9, 2020 at 1:30 p.m., then immediately thereafter return the defendant to the institution where he is now confined: Limon Correctional Facility.

SO ORDERED this 19th day of December, 2019

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO