IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**1. DAMIEN LEWIS**;
2  BRAINARD CLARK; and,
3. DAVID WINSTON;

     Defendants.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

     TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR

TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW

ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE

CUSTODY THE DEFENDANT MAY BE HELD:

     This Writ is issued upon Order of the United States District Court for the District of

Colorado.  I hereby command that you bring the body of DAMIEN LEWIS, YOB: 1987, DOC

Number 146115, now confined at Limon Correctional Facility at 49030 CO-71, Limon CO

80826, to the United States District Court Judge in the above-captioned case for a Status

Conference in the above-captioned case will be held on Thursday, January 9, 2020 at 1:30 p.m.,

then immediately thereafter return the defendant to the institution where he is now confined:

Limon Correctional Facility.

DATED at Denver, Colorado, this 20th day of December, 2019.

BY THE COURT:

s/N. Marble, Deputy Clerk

CLERK, UNITED STATES DISTRICT COURT