# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAMIEN LEWIS

    Defendant

## Motion to Waive Defendant's Presence for Status Conference

David S. Kaplan, of the law firm Haddon, Morgan and Foreman, P.C., on behalf of the Defendant Damien Lewis submits this *Motion to Waive Defendant's Presence for Status Conference* and as grounds states the following:

1.    Mr. Lewis was initially indicted in the above-captioned case on or about February 21, 2019.

2.    On October 31, 2019, after hearing, the matter was reset for a Status Conference to be held on January 9, 2020 at 1:30. (Doc. 42)

3.    On December 21, 2019, Mr. Lewis was named, along with two other Defendant's, in a Superseding Indictment. (Doc. 44).

4.      Mr. Lewis was Re-arraigned on the Superseding Indictment and entered a plea of Not Guilty before Magistrate Judge Kristen L. Mix on December 20, 2019.  Counsel was directed to chambers for additional settings.

5.      On December 27, 2019, this Court set the co-defendant, Mr. David Winston, for a Status Conference on January 9, 2020.

6.      It appears, after speaking with AUSA Jason St. Julian, the remaining defendant, Mr. Brainard Clark, will be brought before the court in the next few weeks.

7.      After discussions with the AUSA, Jason St. Julian, it is anticipated that an additional status date will be requested by the parties.

8.      Mr. Lewis is currently in the custody of Colorado's Department of Corrections serving a lengthy sentence, he has previously confessed detention in this matter.  Mr. Lewis understands his right to be present for all proceedings involving this matter and requests that his presence be waived for the hearing set on January 9, 2020.  AUSA Jason St. Julian has been consulted regarding this request and has no objection to it being granted.

DATED: January 7, 2020

Respectfully submitted,

*s/ David S. Kaplan*

David S. Kaplan
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:  303.831.7364
Fax:     303.832.1015
Email:  dkaplan@hmflaw.com

*Attorneys for Defendant Damien Lewis*

## Certificate of Service

I certify that on January 7, 2020, a copy of this *Motion to Waive Defendant's Presence for Status Conference* was served via CM/ECF upon the following:

Jason Antoine St. Julien
U.S. Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

*s/ Stephanie Poole*

3