IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:              January 9, 2020
Deputy Clerk:      Leigh Roberson
Court Reporter:    Darlene Martinez

| Criminal Case No. 19-cr-86-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Jason St. Julien |
| Plaintiff, | |
| v. | |
| 1. DAMIAN LEWIS and<br>3. DAVID WINSTON, | David Kaplan<br>Thomas Hammond<br>David Owen |
| Defendants. | |

## COURTROOM MINUTES

**Status Conference**

**1:38 p.m.**     **Court in session.**

Appearances of counsel. The appearance of defendant Lewis has been waived. Defendant Winston is present in custody.

Mr. Hammond moves orally to withdraw his appearance in the case.

**ORDERED:**  The oral motion of Mr. Hammond to withdraw as counsel on behalf of defendant 3, David Winston, is granted.

Counsel respond to the Court's inquiries as to the status of the case.

**1:45 p.m.**     **Court in recess.**     Hearing concluded.

Total time in court: 0:07