**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-0086-REB

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAMIEN LEWIS

    Defendant

## Unopposed Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)

David S. Kaplan, of the law firm Haddon, Morgan and Foreman, P.C., on behalf of the Defendant Mr. Damien Lewis requests the Court grant his *Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)* and as grounds states the following:

1.    The Court has previously excluded time from the speedy trial calculations to allow counsel for the Defendant sufficient time to investigate the charges against him and obtain discovery. *A Motion for Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7) (A)* was filed on September 4, 2019 (Doc. 33). Following a motions hearing on October 31, 2019, the Court granted an additional 90 days of excludable time from the speedy trial calculation (Doc. 42).

2. On November 21, 2019, the government filed a three-count superseding indictment (Doc. 44). The superseding indictment alleges that Mr. Lewis conspired to unlawfully enter a federal registered pharmacy with the intent of stealing controlled substance in violation of 18 U.S.C. § 2118(d), (b)(1); and two counts of theft of a controlled substance in violation of 18 U.S.C§2118(b); 18 U.S.C. §2.

3. On December 18, 2019, undersigned counsel received a disk containing over 35,600 pages of supplemental discovery, which includes numerous and highly complex cell phone extraction reports. The case presents a great degree of complexity due to the volume of discovery and the fact that the superseding indictment adds 2 additional counts and involves 3 defendants.

4. A status conference was held on January 9, 2020. Counsel for the defendants and A.U.S.A. Jason St. Julian agreed jointly to request another status conference anticipating the appearance of the third defendant (detained in state custody) and time to further consider the possibility of a disposition.

5. On January 28th, 2020 the last defendant, Mr. Brainard Clark, was arraigned before Magistrate Nina Wang, likely resulting in a recalculation of speedy trial dates for all defendants.

6. Furthermore, counsel has been busily engaged in other matters, including a 2-week trial that began January 27, 2020.

7. The individual circumstances of Mr. Lewis's case suggest a continuance is appropriate. These factors are those the court in *United States v. West*, 828 F.2d 1468 (10th Cir. 1987) indicated should be considered when addressing a motion for continuance and support the granting of this request. Similar considerations were addressed in *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009) when contemplating an ends of justice continuance so that counsel could adequately resolve the case or prepare for trial.

8. This additional time will allow counsel to become adequately versed in Mr. Lewis's matter so that productive conversations with the Assistant United States Attorney regarding a resolution of this case can be conducted and knowledgeable advice to Mr. Lewis can be provided. An offer of resolution has been presented by the government, counsel is required to do his due diligence to adequately evaluate the strength of the case and consult with the Defendant regarding the relative merits of resolving the matter by disposition or proceeding to trial

9. Undersigned counsel conferred with A.U.S.A. Jason St. Julian who has indicated he does not object to an ends-of-justice continuance.

WHEREFORE, pursuant to the factors enumerated in 18 U.S.C. §3161 (7)(B) and the guidance provided in the above cited cases, Defendant requests this Court find that an adequate basis for an ends of justice continuance has been

demonstrated, grant an additional 90 days of excludable time from the speedy trial calculation, or such other amount the Court finds appropriate and find that such a continuance outweighs the best interests of the public and is in the best interest of the Defendant. It is further requested that the Court set this matter for further proceedings consistent with the granting of this motion and the Court's practice.

DATED: January 29, 2020

Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:  303.831.7364
Fax:      303.832.1015
Email:   dkaplan@hmflaw.com

*Attorneys for Defendant Damien Lewis*

**Certificate of Service**

      I certify that on January 29, 2020, a copy of this *Unopposed Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)* was served via CM/ECF upon the following:

Jason St. Julien
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202


                                            *s/ Stephanie Poole*