# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA

    Plaintiff

v.

DAMIEN LEWIS

    Defendant

## Motion to Waive Defendant's Presence at Motions Hearing

David S. Kaplan, of the law firm Haddon, Morgan and Foreman, P.C., on behalf of the Defendant Damien Lewis submits this *Motion to Waive Defendant's Presence at Motions Hearing* and as grounds states the following:

1.    On December 21, 2019, Mr. Lewis was named, along with two other Defendant's, in a Superseding Indictment. (Doc. 44).

2.    Mr. Lewis was Re-arraigned on the Superseding Indictment and entered a plea of Not Guilty before Magistrate Judge Kristen L. Mix on December 20, 2019.

3.    A Status Conference was held on January 9, 2020. (Doc. 74). Counsel for the defendants and A.U.S.A. Jason St. Julian agreed jointly to request another

status conference anticipating the appearance of the remaining defendant, Mr. Brainard Clark.

4. On January 28, 2020, Mr. Brainard Clark was arraigned before Magistrate Nina Wang. (Doc. 87).

5. Undersigned counsel filed an *Unopposed Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)* on January 29, 2020. (Doc. 94).

6. On February 3, 2020, via Minute Order, the Court set a motions hearing for February 18, 2020 on defendant's *Unopposed Motion for an Ends of Justice Continuance*. (Doc. 97).

7. Mr. Lewis is currently in the custody of Colorado's Department of Corrections serving a lengthy sentence, he has previously confessed detention in this matter. Mr. Lewis understands his right to be present for all proceedings involving this matter and requests that his presence be waived for the hearing set on February 18, 2020. AUSA Jason St. Julian has been consulted regarding this request and has no objection to it being granted.

DATED: February 12, 2020

Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:  303.831.7364
Fax:      303.832.1015
Email:   dkaplan@hmflaw.com

*Attorneys for Defendant Damien Lewis*

## Certificate of Service

I certify that on February 12, 2020, a copy of this *Motion to Waive Defendant's Presence at Motions Hearing* was served via CM/ECF upon the following:

Jason Antoine St. Julien
U.S. Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

*s/ Stephanie Poole*

3