IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:              February 18, 2020
Deputy Clerk:      Leigh Roberson
Court Reporter:    Julie Thomas

| | |
|---|---|
| Criminal Case No. 19-cr-86-REB | Counsel: |
| UNITED STATES OF AMERICA, | Jason St. Julien |
|       Plaintiff, | |
| v. | |
| 1. DAMIEN LEWIS, | David Kaplan |
| 2. BRAINARD CLARK, and | Peter Hedeen |
| 3. DAVID WINSTON, | David Owen |
|       Defendants. | |

## COURTROOM MINUTES

**Motion Hearing**

**1:44 p.m.     Court in session.**

Appearances of counsel. Defendants Clark and Winston are present in custody. The appearance of Defendant Lewis has been waived.

Before the Court is Defendant Lewis' Unopposed Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A) [ECF 94], filed January 29, 2020.

Argument.

Court's findings of fact and conclusions of law.

**IT IS ORDERED:**

1. That [ECF 94] is granted;

2. That the time from and including today through and including July 1, 2020, shall be excluded from the time for a speedy trial under the Act;

3. That this matter is set for Status Conference on June 17, 2020, at 1:15 p.m., at which counsel and the defendants shall appear without further notice or order by the Court;

4. That, to the extent necessary, the United States Marshal shall assist the Court in securing the appearance of the defendants for the status conference; and

5. That, pending further proceedings, defendants Clark and Winston are remanded to the custody of the United States Marshal for continued pretrial detention.

The Court addresses Defendant Clark's Unopposed Motion for Order Allowing Mr. Clark to Return to the Colorado Department of Corrections Pending Resolution of 10-cr-86-REB [sic] [ECF 104].

**ORDERED:**  The government shall file its response to [ECF 104] on or before February 24, 2020.

**2:03 p.m.**     **Court in recess.**     Hearing concluded.

Total time in court: 0:19