# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge Robert E. Blackburn

Date:              June 18, 2020
Deputy Clerk:      Leigh Roberson
Court Reporter:    Terri Lindblom

| | |
|---|---|
| Criminal Action No. 19-cr-86-REB | Counsel: |
| UNITED STATES OF AMERICA, | Jason St. Julien |
| Plaintiff, | |
| v. | |
| 1. DAMIEN LEWIS and | David Kaplan |
| 2. BRAINARD CLARK, | Peter Hedeen |
| Defendants. | |

## COURTROOM MINUTES

**Status Conference**

**2:30 p.m.    Court in session.**

Appearances of counsel. Defendants' appearances have been waived. All parties and interests appear by telephone.

Counsel respond to the Court's inquiries as to the status of the case.

Should either defendant seek a further exclusion of time, such a motion should be filed on or before July 1, 2020.

**2:38 p.m.    Court in recess.    Hearing concluded.**

Total time in court: 0:08