# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior Judge Robert E. Blackburn

Date:             September 16, 2020
Deputy Clerk:     Leigh Roberson
Court Reporter:   Julie Thomas

| | |
|---|---|
| Criminal Action No. 19-cr-86-REB | Counsel: |
| UNITED STATES OF AMERICA, | Jason St. Julien |
| Plaintiff, | |
| v. | |
| 1. DAMIEN LEWIS and | David Kaplan |
| 2. BRAINARD CLARK, | Peter Hedeen |
| Defendants. | |

## COURTROOM MINUTES

**Telephonic Status Conference**

**11:13 a.m.    Court in session.**

Appearances of counsel. Defendants' appearances have been waived. All participants appear by phone.

Counsel respond to the Court's inquiries as to the status of the case.

**IT IS ORDERED:**

1. That speedy trial remains tolled through and including September 29, 2020;
2. That, on or before September 24, 2020, one or both defendants shall file either a notice of disposition or a motion for the exclusion of additional time beyond September 29, 2020, for a speedy trial; and
3. That, pending further proceedings, defendants shall remain in pretrial detention.

**11:22 a.m.    Court in recess.    Hearing concluded.**
Total time in court: 0:09