**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-0086-REB

UNITED STATES OF AMERICA,

    Plaintiff

v.

  1. DAMIEN LEWIS

    Defendant

## Unopposed Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)

David S. Kaplan, of the law firm Haddon, Morgan and Foreman, P.C., on behalf of the Defendant Mr. Damien Lewis requests the court grant his *Unopposed Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)* and as grounds states the following:

    1.    On September 16, 2020 a telephonic status conference was held in the above-captioned case. The court was informed that counsel for Mr. Lewis was continuing to review discovery and had just recently been engaged in plea discussions that was likely to result in a disposition.  As previously described to the court, Mr. Lewis is serving a 22- year sentence after a plea in El Paso County District Court.  Defense counsel has been in touch with Mr. Lewis' state court

defense counsel to understand the nature and terms of the state court sentence. The recent disposition discussions once again involve contacting Mr. Lewis' defense counsel in El Paso County so that Mr. Lewis can be properly advised as to the repercussions of resolving this case and the impact on representations made to him regarding the sentence he is serving in the Colorado Department of Corrections.

2. At the hearing, having been apprised of the status of Mr. Lewis' case, the court ordered that on or before September 24, 2020 Mr. Lewis should file either a notice of disposition or a motion for the exclusion of additional time beyond the September 29, 2020 speedy trial date.

3. Counsel has consulted with Mr. Lewis and is still in the process of fully advising him of the potential disposition. The resolution of present novel circumstances and the need for additional time to answer Mr. Lewis' legitimate questions concerning the plea. Counsel anticipates these matters will be resolved to the client's satisfaction and a notice of disposition being filed.

4. The COVID-19 pandemic continues to impact counsel's ability to consult with Mr. Lewis, investigate and evaluate the state court considerations, and consult with others, including expert witnesses, to evaluate and recommend a course of action to Mr. Lewis. Despite these limitations counsel has been in contact with Mr. Lewis who understands his right to a speedy trial and is willing to ask for this additional time to achieve a negotiated resolution.

5.	The individual circumstances of Mr. Lewis' case suggest a continuance is appropriate.  These factors are those the court in *United States v. West*, 828 F.2d 1468 (10th Cir. 1987) indicated should be considered when addressing a motion for continuance and support the granting of this request. Similar considerations were addressed in *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009) when contemplating an ends of justice continuance so that counsel could adequately resolve the case or prepare for trial.

6.	This additional time will allow counsel to become even more familiar with the strength of the government's case, resolve the questions posed by Mr. Lewis prior to entering a plea and finalizing the recent offer for disposition discussed with A.U.S.A. Jason St. Julien.

7.	Undersigned counsel conferred with A.U.S.A. St. Julien who has indicated to counsel, and again to the court during the last status conference,  he does not object to an ends-of-justice continuance.

WHEREFORE, pursuant to the factors enumerated in 18 U.S.C. §3161 (7)(B) and the guidance provided in the above cited cases, Defendant requests this court find that an adequate basis for an ends of justice continuance has been demonstrated, grant an additional 90 days of excludable time from the speedy trial calculation, or such other amount the court finds appropriate and find that such a continuance outweighs the best interests of the public and is in the best interest of

3

the Defendant.  It is further requested that the court set this matter for further proceedings consistent with the granting of this motion and the court's practice.  It is anticipated that Mr. Lewis will file a Notice of Disposition before these additional 90 days transpire and request the court then set the matter for an entry of plea.

DATED: September 24, 2020

Respectfully submitted,

*s/ David S. Kaplan*
David S. Kaplan
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.1015
Email:   dkaplan@hmflaw.com

*Attorneys for Defendant Damien Lewis*

## Certificate of Service

I certify that on September 24, 2020, a copy of this *Unopposed Motion for an Ends of Justice Continuance Pursuant to 18 U.S.C. 3161(7)(A)* was served via CM/ECF upon the following:

Jason St. Julien
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202


       *s/ Stephanie Poole*