**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

| | |
|---|---|
| Date: | December 17, 2020 |
| Deputy Clerk: | Leigh Roberson |
| Court Reporter: | Julie Thomas |

| | |
|---|---|
| Criminal Case No. 19-cr-86-REB | Counsel: |
| UNITED STATES OF AMERICA, | Jason St. Julien |
|     Plaintiff, | |
| v. | |
| 1. DAMIEN LEWIS and | David Kaplan |
| 2. BRAINARD CLARK, | Peter Hedeen |
|     Defendants. | |

**COURTROOM MINUTES**

**Telephonic Status Conference**

**4:01 p.m.    Court in session.**

Appearances of counsel. All parties in interest appear by telephone. Defendants' appearances have been waived.

Counsel respond to the Court's inquiries as to the status of the case.

**IT IS ORDERED:**

1. That this matter is continued for additional telephonic status conference on January 21, 2020, at 11:00 a.m.

2. That the appearances of defendants shall be waived; and

3. That the defendants shall continue in the custody of the United States Marshal.

**4:11 p.m.    Court in recess.    Hearing concluded.**

Total time in court: 0:10