# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff

v.

DAMIEN LEWIS

    Defendant

## Notice of Disposition

    David S. Kaplan, of the law firm Haddon, Morgan and Foreman, P.C., attorney for the Defendant, Damien Lewis, hereby notifies the Court that he has reached a disposition with the government in this matter. Mr. Lewis requests that the court set this matter for a change of plea at its earliest convenience.

    Mr. Lewis further requests that due to the difficulties of the COVID virus, and its health-related requirements, he be allowed to attend and enter a change of plea by a virtual appearance. Counsel will facilitate such an appearance by communication with the Colorado Department of Correction facility where Mr. Lewis is currently housed.

    Mr. Jason St. Julien is currently on vacation and unavailable for consultation. It is anticipated he will not have any objection to this request.

    DATED: December 21, 2020

Respectfully submitted,

*s/ David S. Kaplan*

David S. Kaplan
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone:   303.831.7364
Fax:       303.832.1015
Email:    dkaplan@hmflaw.com

*Attorneys for Defendant Damien Lewis*

**Certificate of Service**

  I certify that on December 21, 2020, a copy of this *Notice of Disposition* was served via CM/ECF upon the following:

Jason Antoine St. Julien
U.S. Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

                *s/ Nicole Simmons*

3