IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00086-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DAMIEN LEWIS,

       Defendant.

---

## NOTICE OF CHANGE OF ADDRESS

       Counsel for the Defendant, Damien Lewis, David S. Kaplan hereby provides a notice of change of address:

    David S. Kaplan, #12344
    Stimson Stancil LaBranche Hubbard, LLC
    1652 N. Downing Street
    Denver, CO 80218
    Telephone: 720.689.8909
    Fax: 720.689.8909
    kaplan@sslhlaw.com


       Dated: January 14, 2021.

        Respectfully submitted,

        *s/ David S. Kaplan*
        David S. Kaplan
        STIMSON STANCIL LABRANCHE HUBBARD, LLC
        1652 N. Downing Street
        Denver, CO 80218
        Phone:   720.689.8909
        Email:   kaplan@sslhlaw.com

        *Attorney for Defendant Damien Lewis*

## Certificate of Service

I hereby certify that on January 14, 2021, I electronically filed the foregoing *Notice of Change of Address* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jason Antoine St. Julien
U.S. Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202
Jason.st.julien.@usdoj.gov

Jaime A. Pena
U.S. Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202
Jamie.pena@usdoj.gov

        *s/ Nancy Hickam*
        Nancy Hickam