IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRAINARD CLARK;
2. **DAMIEN LEWIS**; and,
3. DAVID WINSTON,

    Defendants.

---

**JOINT MOTION FOR ORDER DIRECTING LIMON CORRECTIONAL FACILITY TO ALLOW THE DEFENDANT TO ATTEND THE APRIL 15, 2021 CHANGE OF PLEA HEARING VIA VIDEO-TELECONFERENCE**

---

The United States of America, by and through Assistant United States Attorney, Jason St. Julien, and counsel for the defendant, David S. Kaplan, file the instant motion.

A Change of Plea Hearing for the defendant, Damien Lewis, is set for April 15, 2021 at 1:00 p.m. *See* ECF No. 150.  Per this Court's December 30, 2020 Minute Order [ECF No. 149], the Change of Plea Hearing will proceed via video-teleconference ("VTC").

Lewis is currently detained at the Limon Correctional Facility in Limon, Colorado. The Government conferred with Pamela J. Dash, Court Services / Detainer Operations Supervisor, via electronic-mail, regarding logistics for Lewis to appear via VTC for the April 15, 2021 Change of Plea Hearing.  Dash stated that a Court Order is required for Lewis to participate via VTC.  As such, the parties file this motion and respectfully request that this Court issue an Order directing the proper personnel at Limon

1

Correctional Facility to facilitate Lewis's attendance, via VTC, for the April 15, 2021 Change of Plea Hearing.

Normally, the Government would file a "writ" in order for law enforcement officers to transport Lewis to attend an in-person hearing. Because this hearing will proceed via VTC rather than in-person, the Government believes that this motion, rather than a writ, is proper.

Therefore, the parties respectfully request that this Court issue an Order directing the proper personnel at Limon Correctional Facility to facilitate Lewis's attendance, via VTC, for the April 15, 2021 Change of Plea Hearing.

Dated: April 2, 2021.

        Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

By:   /s/ *Jason St. Julien*
        JASON ST. JULIEN
        Assistant United States Attorney
        1801 California St., Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0405
        E-mail: Jason.St.Julien@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 2nd day of April 2021, I electronically filed the foregoing **JOINT MOTION FOR ORDER DIRECTING LIMON CORRECTIONAL FACILITY TO ALLOW THE DEFENDANT TO ATTEND THE APRIL 15, 2021 CHANGE OF PLEA HEARING VIA VIDEO-TELECONFERENCE** with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following individuals:

    **David S. Kaplan**
    Email:  kaplan@sslhlaw.com

    /s/ *Jason St. Julien*
    JASON ST. JULIEN
    Assistant United States Attorney
    1801 California St., Suite 1600
    Denver, Colorado 80202
    Phone:  (303) 454-0100
    Fax:  (303) 454-0405
    E-mail:  Jason.St.Julien@usdoj.gov
    Attorney for the United States