IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**The Honorable Robert E. Blackburn**

Criminal Action No.: 19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRAINARD CLARK;
2. **DAMIEN LEWIS**; and,
3. DAVID WINSTON,

    Defendants.

---

## ORDER
---

    THIS MATTER is before the Court on the parties' Joint Motion For Order Directing Limon Correctional Facility To Allow The Defendant To Attend The April 15, 2021 Change Of Plea Hearing Via Video-Teleconference [ECF No. 152]. After careful consideration, it is

    ORDERED that the parties' motion is **GRANTED**. As such, it is

    FURTHER ORDERED that the proper personnel and parties at Limon Correctional Facility and/or elsewhere are **ORDERED** to facilitate and arrange the defendant's appearance, via video-teleconference, for the Change of Plea Hearing in this case set for April 15, 2021 at 1:00 p.m.

    Dated: April 2, 2021.

                                                                Robert E. Blackburn
                                                              United States District Court Judge