**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:             April 21, 2021
Deputy Clerk:     Leigh Roberson
Court Reporter:   Julie Thomas

| | |
|---|---|
| Criminal Case No. 19-cr-86-REB | Counsel: |
| UNITED STATES OF AMERICA, | Jason St. Julien |
| Plaintiff, | |
| v. | |
| 1. DAMIEN LEWIS, | David Kaplan |
| Defendant. | |

## COURTROOM MINUTES

**Change of Plea Hearing**

**3:31 p.m.    Court in session.**

Appearances of counsel. Defendant is present in custody. All participants appear via video teleconference.

Defendant waives the right to an in-person hearing and consents to proceed by video teleconference.

The plea documents are tendered to the Court.

Defendant sworn. Court's colloquy with the defendant regarding his right to appear in person. Defendant waives the right to appear in person and consents to appear via VTC.

Defendant withdraws existing plea of not guilty and enters plea of guilty to Count 2 of the Superseding Indictment.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

**IT IS ORDERED:**

1. That the plea documents are admitted in evidence;

2. That formal approval of the plea agreement is deferred, pending consideration of the presentence report;

3. That the defendant's plea of guilty to Count 2 of the Indictment is received, accepted, and approved;

4. That defendant is found guilty of the crime charged Count 2 of the Indictment;

5. That the Probation Department shall conduct a presentence investigation and file a presentence report;

6. That defense counsel shall contact the Probation Department as soon as practicable to coordinate the defendant's participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

7. That counsel shall email chambers to apply for a sentencing date before the Court, indicating whether the defendant demands an in-person sentencing hearing or consents to hearing by VTC; and

8. That the defendant is remanded.

**4:31 p.m.     Court in recess.**     Hearing concluded.
Total time in court:   1:00