IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00086-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

  1.    DAMIEN LEWIS,
  2.    BRAINARD CLARK,
  3.    DAVID WINSTON,

    Defendants.

---

### MOTION TO WITHDRAW

---

The United States of America, by Matthew T. Kirsch, Acting United States Attorney for the District of Colorado, through undersigned Kelly Churnet, Assistant United States Attorney, hereby files its Motion to Withdraw AUSA Jason St. Julien as counsel of record and requests termination of electronic service.  As grounds for this motion, the government states that Jason St. Julian has left the office of the U.S. Attorney and AUSA Kelly Churnet is counsel of record in this case and is receiving electronic notice.

Dated this 4th day of June 2021.

                Respectfully submitted,

                Matthew T. Kirsch
                Acting United States Attorney

                By:  *s/ Kelly Churnet*
                KELLY CHURNET
                Assistant United States Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                E-mail:  Kelly.Churnet@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of June 2021, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

    By: *s/ Ian McCandless*
        Ian McCandless
        Legal Assistant