**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  1:19-cr-00086-REB-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    DAMIEN LEWIS,

      Defendant.

---

**MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

The United States of America (government), by and through Kelly R. Churnet, Assistant United States Attorney, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

1.    The defendant, Damien Lewis, YOB: 1987, DOC # 146115, is now confined at the Limon Correctional Facility located at 49030 State Road 71, Limon, CO 80826.

2.    A hearing in the above-captioned case will be held in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in federal custody during the proceedings, appearances, and final disposition of his case.

WHEREFORE, your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to **the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law enforcement officer**, requiring them to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the defendant is

confined, and requiring said federal law enforcement officer to produce the defendant

before a United States District Court Judge for the defendant's sentencing hearing

scheduled for August 10, 2021 and to hold him at all times in custody as an agent of the

United States of America until final disposition of the defendant's case, and immediately

thereafter to return the defendant to the institution where he is now confined.

DATED: August 5, 2021                    Respectfully submitted,

                                         MATTHEW T. KIRSCH
                                         Acting United States Attorney


                                  By:    *s/ Kelly R. Churnet*_____
                                         Kelly R. Churnet
                                         Assistant United States Attorney
                                         United States Attorney's Office
                                         1801 California St., Suite 1600
                                         Denver, Colorado  80202
                                         Telephone:  (303) 454-0100
                                         Fax:  (303) 454-0406
                                         E-mail:  kelly.churnet@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, I electronically filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: <u>s/ *Ian McCandless*   </u>
Legal Assistant