IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  1:19-cr-00086-REB-1

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. DAMIEN LEWIS,

 Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

 Upon motion of the United States of America and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce Damien Lewis, YOB: 1987, DOC # 146115, who is now confined at the Limon Correctional Facility located at 49030 State Road 71, Limon, CO 80826, before a United States Magistrate Judge for proceedings in the above-referenced case, and to hold him at all times in custody as an agent of the United States of America until final disposition of the defendant's case, and immediately thereafter to return the defendant to the institution where he was confined.

 SO ORDERED this _____ day of _____, 2021

          BY THE COURT:

          _____
          MAGISTRATE JUDGE
          UNITED STATES DISTRICT COURT
          DISTRICT OF COLORADO