**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  1:19-cr-00086-REB-1

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     DAMIEN LEWIS,

     Defendant.

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of Damien Lewis, YOB: 1987, DOC # 146115, who is now confined at the Limon Correctional Facility located at 49030 State Road 71, Limon, CO 80826, before a United States Magistrate Judge, sitting at Denver, Colorado, to appear for proceedings in the above-referenced case and to hold the defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these proceedings in the United States District

Court for the District of Colorado, you shall return the defendant to the institution where he was confined.

DATED at Denver, Colorado, this _____ day of _____, 2021

BY THE COURT:

_____
 CLERK, UNITED STATES DISTRICT COURT