IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00086-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAMIEN LEWIS,

    Defendant.

## UNITED STATES' MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)

The United States of America (government), by and through Kelly R. Churnet, Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b). The defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

Dated: August 5, 2021                               MATTHEW T. KIRSCH
                                                    Acting United States Attorney

                                                    *s/ Kelly R. Churnet*
                                                    Kelly R. Churnet
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    1801 California St., Suite 1600
                                                    Denver, Colorado   80202
                                                    Telephone:   (303) 454-0100
                                                    Fax:   (303) 454-0406
                                                    E-mail:   Kelly.Churnet@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2021, I electronically filed the foregoing **UNITED STATES' MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

*s/ Ian McCandless*
Legal Assistant