IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00086-REB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAMIEN LEWIS,

    Defendant.

---

**UNITED STATES' MOTION TO DISMISS THE INDICTMENT AND COUNTS 1 AND 3 OF THE SUPERSEDING INDICTMENT**

---

The United States of America, by and through Kelly R. Churnet, Assistant United States Attorney, hereby moves this Court to enter an order dismissing the Indictment [ECF # 1] filed on February 21, 2019 and Counts 1 and 3 of the Superseding Indictment [ECF # 44] as to the defendant filed on November 21, 2019. On February 21, 2021, the defendant entered his plea of guilty to Count 2 of the Superseding Indictment. ECF # 164. The United States agreed as part of the plea agreement to dismiss Count 1 of the Indictment[1] and Counts 1 and 3 of the Superseding Indictment. *See* ECF # 165. Therefore, the United States hereby requests this Court dismiss the Indictment and Counts 1 and 3 of the Superseding Indictment upon acceptance of

---

[1] Count 1 is the sole count of the Indictment and the defendant is the only individual named in the Indictment.

1

defendant's plea of guilty in this matter.

Dated: August 5, 2021                              MATTHEW T. KIRSCH
                                                               Acting United States Attorney

                                                               *s/ Kelly R. Churnet*
                                                               Kelly R. Churnet
                                                               Assistant United States Attorney
                                                               United States Attorney's Office
                                                               1801 California St., Suite 1600
                                                               Denver, Colorado  80202
                                                               Telephone:  (303) 454-0100
                                                               Fax:  (303) 454-0406
                                                               E-mail:  Kelly.Churnet@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, I electronically filed the foregoing **UNITED STATES' MOTION TO DISMISS THE INDICTMENT AND COUNTS 1 AND 3 OF THE SUPERSEDING INDICTMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: s/ *Ian McCandless*
Legal Assistant