**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn**

Date:              August 10, 2021
Deputy Clerk:      Leigh Roberson
Court Reporter:    Kevin Carlin
Probation Officer: Michelle Means

| Criminal Case No. 19-cr-86-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Kelly Churnet |
| Plaintiff, | |
| v. | |
| DAMIEN LEWIS, | David Kaplan |
| Defendant. | |

## SENTENCING MINUTES

**1:36 p.m.    Court in session.**

Appearances of counsel. Defendant is present in custody.

The parties have received and reviewed the presentence report(s) and all addenda.

Also pending before the Court relevant to sentencing are the following:

- Defendant's Sentencing Statement [ECF 178]
- Government's Motion for Decrease for Acceptance of Responsibility [ECF 180]
- Government's Motion to Dismiss Counts 1 and 3 of the Indictment [ECF 181]
- Government's Response to Defendant's Sentencing Statement [ECF 182]

Statement by defense counsel.

Statement by government counsel.

Court's sentencing statement, findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in the plea documents is formally approved;

2. That [ECF 180] and [ECF 181] are granted;

3. That judgment of conviction is entered on Count 2 of the Superseding Indictment;

4. That it is the judgment and sentence of this Court that the defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 50 months, with 25 months served concurrently to and 25 months served consecutively to the sentences imposed previously by the District Court of El Paso County, Colorado in case numbers 2015CR414, 2016CR6218, 2017CR6154, and 2018CR254, with that portion of the sentence to be served concurrently served in the Colorado Department of Corrections;

5. That upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years;

6. That within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, the defendant shall report in person to the probation department within the federal district to which he is released;

7. That while on supervised release, the defendant shall comply with the mandatory, standard, and special conditions of supervised release identified in the Sentencing Recommendation [ECF 177-1];

8. That no fine is imposed;

9. That the defendant shall pay forthwith a special victim's fund assessment of $100;

10. That the defendant shall pay restitution for the benefit of the two identified victims in the total amount of $174,303.57, with each victim to receive its respective amount of loss as identified in the Presentence Investigation Report; that restitution shall be paid jointly and severally with codefendants Brainard Clark and David Winston in the amounts indicated in the Sentencing Recommendation; that restitution is due and payable in care of the clerk of the court in full immediately upon commencement of the defendant's term of supervised release, failing which in monthly installments of not less than 10 percent of the defendant's gross monthly income as determined periodically by the supervising probation officer; provided, furthermore, that interest on restitution is waived;

11. That presentence confinement shall be determined by the Bureau of Prisons; and

12. That the defendant is remanded to the custody of the United States who shall return him to the Colorado Department of Corrections institution in Limon, Colorado, for service of the concurrent portion of this sentence.

**2:54 p.m.     Court in recess.     **Hearing concluded.
Total time in court: 1:18